

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| PATRICK MARTINEZ, | § | No. 08-14-00242-CR |
|  | § |  |
| Appellant, | | Appeal from the |
|  | § | |
| v. | | 171st District Court |
|  | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
|  | § | |
| State. | | (TC# 20130D04142) |
|  | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until

**December 24, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before December 24, 2015.

IT IS SO ORDERED this 10th day of November, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.